No. 88–7155.  SCOTT *v.* VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 88–1331.  ROY *v.* ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.  JUSTICE WHITE and JUSTICE KENNEDY would grant certiorari.

No. 88–1417.  JARUSIRINUKUL *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 88–1666.  CALIFORNIA *v.* LEICHTY.  Ct. App. Cal., 4th App. Dist.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 88–6736.  FRANK, AKA ROY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 88–6968.  MALONE *v.* CALIFORNIA.  Sup. Ct. Cal.; and
No. 88–6995.  MOORE *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.